United States District Court
Southern District of Texas
**ENTERED**
October 31, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | § | |
|---|---|---|
| | § | |
| IN RE: M/V BUCCANEER | § | CIVIL ACTION NO. 3:25-cv-00231 |
| | § | |
| | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**MEMORANDUM AND RECOMMENDATION**

On October 2, 2025, Plaintiff's motion for default judgment (Dkt. 17) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 18. Judge Edison filed a memorandum and recommendation on October 16, 2025, recommending that the court withdraw the Clerk's entry of default (Dkt. 16) and deny the motion for default judgment without prejudice to refiling. Dkt. 19.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 19) is approved and adopted in its entirety as the holding of the court; and

(2) The Clerk's entry of default (Dkt. 16) is withdrawn; and

(3) Plaintiff's motion for default judgment (Dkt. 17) is denied without prejudice to refiling.

SIGNED on Galveston Island this 31st day of October, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

2